IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHNATHAN PAULMAN
ADC #156053                                                                    PLAINTIFF

v.                         No. 2:21-cv-68-DPM

D JONES, Lt., Delta Regional Unit;
G MILLER, Sgt., Delta Regional Unit;
B SPENCER, Sgt., Delta Regional Unit;
and R ROBINSON, Sgt., Delta
Regional Unit;                                                                 DEFENDANTS

ORDER

The Court adopts Magistrate Judge Edie R. Ervin's Partial Recommended Disposition. *Doc. 22*; FED. R. CIV. P. 72(b) (advisory committee notes to 1983 edition). Defendants' motion for summary judgment, *Doc. 16*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2022