IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHNATHAN PAULMAN
ADC #156053                                                                PLAINTIFF

v.                              No. 2:21-cv-68-DPM

D JONES, Lt., Delta Regional Unit;
G MILLER, Sgt., Delta Regional Unit;
B SPENCER, Sgt., Delta Regional Unit;
and R ROBINSON, Sgt.,
Delta Regional Unit                                                        DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. In late May, Magistrate Judge Ervin directed Paulman to file his discovery responses with the Court within 30 days. *Doc. 30*. He has never done so. His complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2022