IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHNATHAN PAULMAN
ADC #156053                                                              PLAINTIFF

v.                              No. 2:21-cv-68-DPM

D JONES, Lt., Delta Regional Unit;
G MILLER, Sgt., Delta Regional Unit;
B SPENCER, Sgt., Delta Regional Unit;
and R ROBINSON, Sgt.,
Delta Regional Unit                                                      DEFENDANTS

## JUDGMENT

Paulman's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2022